# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Christine Owen,<br>Attorney at Law, Bar No. 9141 | Case No. 2:23-ms-00014<br><br>ORDER OF SUSPENSION |

On March 2, 2023, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt to Ms. Owen's two known addresses. Both were returned as "Not Deliverable as Addressed, Attempted Not Known." Regardless, the OSC provided Ms. Owen with 30 days to respond with reasons why she should not be suspended from the practice of law in this Court. No response was received from Ms. Christine Owen. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7

It is therefore ordered that Christine Owen, Bar No. 9141, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 5th Day of April 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 6th Day of April 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Christine Owen
>509 W. 7th St.
>Las Vegas, NV 89101

Certified Mail No.: 7020 3160 0000 7420 3586

>Christine Owen
>P.O. Box 370475
>Las Vegas, NV 89137

Certified Mail No.: 7020 3160 0000 7420 3579

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada