UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| *In re*: Christine Owen,<br>Attorney at Law, Bar No. 9141 | Case No. 2:23-ms-00014-MMD<br><br>ORDER |

**I.  SUMMARY**

This is an attorney discipline matter. Before the Court is Attorney Christine Owen's petition for reinstatement (the "Petition"). (ECF No. 11.) As further explained below, the Court will grant the Petition.

**II.  BACKGROUND**

The Nevada Supreme Court ("NSC") suspended Owen in 2023. (*Id.* at 13-15.) The Court reciprocally suspended Owen in 2023 as well. (*Id.* at 17; *see also* ECF No. 6.)

The Petition followed. (ECF No. 11.) In her Petition, Attorney Owen asks to be reinstated primarily because she was reinstated by the NSC. (*Id.* at 1-2.) Indeed, she included a letter from the state bar stating she has complied with all of her probationary conditions, and that their discipline file on her is closed. (*Id.* at 20.)

**III.  DISCUSSION**

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." LR IA 11-7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.* However, the decision

as to whether and under what circumstances the attorney will be reinstated to practice before this Court is left to the discretion of the Chief Judge, or other reviewing Judge if the Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

The Court will grant the Petition because Owen has sufficiently demonstrated she is an attorney in good standing with the State Bar of Nevada free from any probationary conditions. (ECF No. 11 at 20.) The Court thus finds that Owen has shown cause to be readmitted to the bar of this Court.

**IV.  CONCLUSION**

It is therefore ordered that Owen's petition for reinstatement (ECF No. 11) is granted.

DATED THIS 15th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 20th day of January 2024, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Christine Owen
> 330 E. Warm Springs, #104
> Las Vegas, NV 89119
>
> Certified Mail No.: 91 7199 9991 7038 8827 2292

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada